# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY LEWIS,** | : | **CIVIL ACTION NO. 1:20-CV-1319** |
| **Petitioner** | : | (Judge Conner) |
| v. | : | |
| **DAUPHIN COUNTY COURT OF COMMON PLEAS; JUDGE EDWARD M. MARSICO JR.; 12TH DISTRICT ATTORNEY'S OFFICE; ASSISTANT DISTRICT ATTORNEY KRISTIE FALBO; DAUPHIN COUNTY PROBATION DEPARTMENT; ERIC ALLEN DELP, ASSISTANT PUBLIC DEFENDER; and WARDEN GREGORY E. BRIGGS,** | : | |
| **Respondents** | : | |

## ORDER

AND NOW, this 18th day of May, 2021, upon consideration of the petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (Doc. 1), and in accordance with the memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania